TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00261-CV

Keith Jackson, Appellant

v.

Ofelia E. Espinoza, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT

NO. C93-442C, HONORABLE JACK ROBISON, JUDGE PRESIDING 

PER CURIAM

 Appellant Keith Jackson attempts to appeal from a judgment of the trial court in favor of
Ofelia E. Espinoza. Because appellant has failed to show grounds for continuing this appeal, we will dismiss
it for want of prosecution. See former Tex. R. App. P. 60(a)(2). (1)

 The Clerk of this Court received but did not file the clerk's record in this cause on May
14, 1997. By letter dated June 3, 1997, the Clerk notified appellant that the perfecting instrument, an
affidavit of inability to pay, was deficient because notice of filing the instrument had not been served on the
opposing party and the court reporter. See former Tex R. App. P. 40(a)(3)(A),(B). The Clerk requested
that appellant tender a supplemental clerk's record in this Court containing proof of service by July 3, 1997. 
A second request was made on September 10, 1997. 

 In the interim, counsel for appellant withdrew from representation. The Clerk by letter
dated October 23, 1997, notified appellant of counsel's withdrawal and informed him of the status of his
cause on appeal. Once again, the Clerk requested that proof of timely service of notice on the
aforementioned parties be provided in the form of a supplemental clerk's record no later than November
3, 1997. In the alternative, appellant was instructed to file an appeal bond in the amount of $1000 with the
District Clerk of Comal County by that same date. See former Tex. R. App. P. 40(a)(3)(B). Thus far,
neither the supplemental clerk's record nor a motion for extension of time to file the perfecting instrument
have been tendered in this Court. Moreover, this Court has not received any response to its inquiries
directed to appellant or his now former counsel. 

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. Former
Tex. R. App. P. 60(a)(2).

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed for Want of Prosecution

Filed: January 8, 1998

Do Not Publish

1. We note that the Texas Rules of Appellate Procedure have been revised effective September 1,
1997. Because appellant attempted to perfect the appeal in this cause prior to the effective date, the former
rules apply. In the absence of compliance with the rules of procedure, this appeal is subject to dismissal
for want of jurisdiction. Tex. R. App. P. 60(a)(1).